IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| LISA ROY, IN HER OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF EARLY CHILDHOOD; AND DAWN ODEAN, IN HER OFFICIAL CAPACITY AS DIRECTOR OF COLORADO'S UNIVERSAL PRESCHOOL PROGRAM,     Defendants-Appellants,  v.  DARREN PATTERSON CHRISTIAN ACADEMY,     Plaintiff-Appellee, | Case No. 25-1187 |

## APPELLANTS' MOTION FOR ABEYANCE OF APPEAL

Pursuant to Fed. R. App. P. 27 and 10th Cir. Rule 27.5(A)(7), Appellants respectfully request that the Court grant abeyance of this appeal pending issuance of its mandate in *St. Mary Catholic Parish et al. v. Roy*, No. 24-1267 (*St. Mary*). Briefs were filed in that case on August 14, October 16,

and November 7, 2024, and it was argued before this Court on March 18, 2025. In support of this Motion, counsel states:

1. Following cross-motions for summary judgment in this case (Appellant sought partial summary judgment and Appellee sought summary judgment on all claims), the District Court granted Appellee Darren Patterson Christian Academy's Motion for Summary Judgment on its Free Exercise claim. Dkt. 97.

2. On April 7, 2025, the District Court Clerk issued an amended judgment. *See* Dkt. 105.

3. On May 7, 2025, Appellants appealed.

4. Appellee's adjudicated claim concerns whether Colorado's Universal Preschool Program's ("UPK") equal-opportunity requirements set forth at Colo. Rev. Stat. § 26.5-4-205 violate Appellee's Free Exercise Clause rights. *See* Dkt. 97 at 10-14.

5. The same question—that is, whether the UPK equal-opportunity requirements violate a religious preschool's Free Exercise rights—is currently being considered by this Court in *St. Mary*. On January 2-4, 2024, the District Court held a three-day bench trial in *St. Mary*. On June 4, 2024, that court issued a 101-page order with findings of fact and conclusions of law

regarding UPK's equal-opportunity requirements. That court's Order in *St. Mary* was appealed, and has been fully briefed and argued before this Court.

6.  In both cases, the plaintiffs make substantially similar Free Exercise arguments that UPK's equal-opportunity requirements are not neutral and not generally applicable and thus trigger (and fail to satisfy) strict scrutiny. And in both cases, the state of Colorado offers the same Free Exercise defenses: UPK's equal-opportunity requirements are neutral and generally applicable such that rational-basis review applies—and the equal-opportunity requirements satisfy that (and indeed any level of) review.

7.  Because this case involves the same Free Exercise challenge to the UPK equal-opportunity requirements as that raised in *St. Mary*, Appellants move this Court for abeyance of this case pending a mandate in *St. Mary*. *See United States v. Hall*, 798 F. App'x 215, 216 (10th Cir. 2019) ("We granted Hall's motion to abate because [a pending case] raised an issue substantially similar to an issue the appellant intends to raise in this appeal." (text only)); *see also* 10th Cir. Rule 27.5(A)(7) ("Subject to review by the court, the Clerk is authorized to act for the Court on any of the following matters, either *sua sponte* or on motion . . . to expedite, continue, or abate cases"). If necessary, the Appellants may be directed to file a written status report within five (5) days of any developments that impact the abeyance of

3

this appeal. *See Goff v. Comm'r, SSA,* No. No. 20-5050, 2020 WL 6588616, at *1 (10th Cir. June 29, 2020).

8. Undersigned counsel conferred by e-mail with Appellee's counsel regarding this motion on May 5, 2025. Appellee opposes this motion.

Respectfully submitted this 9th day of May 2025.

>PHILIP J. WEISER
>Attorney General
>
>/s/ *Virginia R. Carreno*
>VIRGINIA R. CARRENO*
>Second Assistant Attorney General
>HELEN NORTON*
>Deputy Solicitor General
>JANNA K. FISCHER*
>Senior Assistant Attorney General II
>Colorado Department of Law
>Ralph L. Carr Judicial Center
>1300 Broadway, 10th Floor
>Denver, Colorado 80203
>Telephone: 720-508-6374
>Email: virginia.carreno@coag.gov
>Email: helen.norton@coag.gov
>Email: janna.fischer@coag.gov
>*Counsel of Record for Defendants-
>   Appellants

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 517 words.

This brief complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Tenth Circuit R. 32 because it uses 14-point Century Schoolbook font, a proportionally spaced typeface.

Dated: May 9, 2025.

/s/ *Virginia R. Carreno*
VIRGINIA R. CARRENO*
Second Assistant Attorney General
HELEN NORTON*
Deputy Solicitor General
JANNA K. FISCHER*
Senior Assistant Attorney General II
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6374
Email: virginia.carreno@coag.gov
Email: helen.norton@coag.gov
Email: janna.fischer@coag.gov
*Counsel of Record for Defendants Appellants