FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 23, 2025**

Christopher M. Wolpert  
Clerk of Court

---

DARREN PATTERSON CHRISTIAN ACADEMY,

    Plaintiff - Appellee,

v.

LISA ROY, et al.,

    Defendants - Appellants.

No. 25-1187  
(D.C. No. 1:23-CV-01557-DDD-STV)  
(D. Colo.)

---

**ORDER**

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter is before the court on: (1) *Appellants' Motion for Abeyance of Appeal* pending issuance of this court's mandate in *St. Mary Catholic Parish v. Roy*, No. 24-1267; (2) appellee's response in opposition to the motion; and (3) appellants' reply in support.

Upon consideration, the court refers the motion, appellee's response, and appellants' reply to the panel of judges who will later be assigned to consider the merits of this appeal. No decision will issue at this time, and briefing will proceed in the normal course.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk