FILED
United States Court of Appeals
Tenth Circuit

August 5, 2025

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

DARREN PATTERSON CHRISTIAN ACADEMY,

    Plaintiff - Appellee,

v.

LISA ROY, et al.,

    Defendants - Appellants.

No. 25-1187
(D.C. No. 1:23-CV-01557-DDD-STV)
(D. Colo.)

_____

**ORDER**

_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.

_____

    This matter is before the court on appellants' motion for extension of time to file the opening brief in this appeal. The motion is granted. The opening brief shall be filed and served on or before September 8, 2025.

                                              Entered for the Court

                                              CHRISTOPHER M. WOLPERT, Clerk