# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Darren Patterson Christian Academy,

      Plaintiff-Appellee,

v.

LISA ROY, in her official capacity as Executive Director of the Colorado Department of Early Childhood, et al.,

      Defendants-Appellants.

Case No. 25-1187

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____American Civil Liberties Union of Colorado_____
[Party or Parties][1]

_____

_____Amicus Curiae_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

| | |
|---|---|
|   Timothy R. Macdonald | |
| Name of Counsel | Name of Counsel |
| | |
|   /s/ Timothy R. Macdonald | |
| Signature of Counsel | Signature of Counsel |
| | |
| 303 E 17th Ave., Suite 350, Denver, CO 80203; 720-402-3151 | |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| | |
|   tmacdonald@aclu-co.org | |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

_____
Date

_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
             [date]

_____

at_____,

the last known address/email address, by _____.
                                                    [state method of service]

\_\_\_09/16/2025_____
Date

\_\_\_/s/ Kara S. Narberes_____
Signature

3