FILED
United States Court of Appeals
Tenth Circuit

February 20, 2026

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| DARREN PATTERSON CHRISTIAN ACADEMY, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> LISA ROY, et al., <br><br> Defendants - Appellants. <br><br> ------------------------------ <br><br> RELIGIOUS AND CIVIL RIGHTS ORGANIZATIONS, et al., <br><br> Amici Curiae. | No. 25-1187 <br> (D.C. No. 1:23-CV-01557-DDD-STV) <br> (D. Colo.) |

_____

**ORDER**

_____

At the direction of the panel of judges assigned to decide the merits of this appeal, this matter is ABATED pending further order of the court. The March 18, 2026 oral argument in this matter is VACATED and all counsel are excused from attendance.

Within thirty days of the date of this order, and every thirty days thereafter, Appellants shall file a status report to advise this court of the status of the proceedings before the Supreme Court in *St. Mary Catholic Parish, Littleton, Colorado v. Lisa Roy, et al.*, No. 25-581. Upon the Supreme Court's disposition of the pending petition for a writ

of certiorari in *St. Mary*, Appellants shall notify this court forthwith.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk